```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 BRIDGEWAY, SUITE 231
SAUSALITO, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PETERSEN-DEAN, INC., et al., <br><br> Defendants. | NO. C 11 5455 EDL <br><br> STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5] <br><br> ADR CERTIFICATION <br><br> ORDER |

The parties stipulate to participate in the following ADR process:

<u>Court Processes:</u>

☐ Arbitration      ☐ ENE      ☒ Mediation

(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)

<u>Private Process:</u>

☐ Private ADR (please identify process and provider)

(For e-filers, please consult General Order No. 45, Section X regarding signatures.)

Dated: January 24, 2012

Michael J. Carroll
Erskine & Tulley
Attorneys for Plaintiffs

Dated: January __, 2012

David A. Harris
Petersen-Dean, Inc.
Attorney for Defendants

STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]; ADR CERTIFICATION; ORDER

1

1  IT IS SO ORDERED.
2  Dated: February 1, 2012

*Elizabeth D. Laporte*
Magistrate Judge Elizabeth D. Laporte

STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]; ADR CERTIFICATION; ORDER
2