```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    3030 BRIDGEWAY, SUITE 231
 3  SAUSALITO, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7                     UNITED STATES DISTRICT COURT

 8                    NORTHERN DISTRICT OF CALIFORNIA

 9

10  BOARD OF TRUSTEES OF THE BAY AREA  )  NO. C 11 5455 EDL
    ROOFERS, et al.,                   )
11                                     )  STIPULATION SELECTING
                                       )  ADR PROCESS
12                    Plaintiffs,      )  [ADR L.R. 3-5]
                                       )
13           vs.                       )
                                       )  ADR CERTIFICATION
14  PETERSEN-DEAN, INC., et al.,       )
                                       )  ORDER
15                    Defendants.      )
    _____)

16  The parties stipulate to participate in the following ADR process:

17  Court Processes:

18      ☐ Arbitration      ☐ ENE           ☒ Mediation

19  (Use space below to provide any information regarding timing of session,
    preferred subject matter expertise of neutral, or other issues.)
20
    Private Process:
21
        ☐ Private ADR (please identify process and provider)
22
    (For e-filers, please consult General Order No. 45, Section X regarding signatures.)
23
    Dated: January 24, 2012
24                                      _____
                                        Michael J. Carroll
25                                      Erskine & Tulley
                                        Attorneys for Plaintiffs
26  Dated: January __, 2012
                                        _____
27                                      David A. Harris
                                        Petersen-Dean, Inc.
28                                      Attorney for Defendants
```

STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]; ADR CERTIFICATION; ORDER

1

1 | IT IS SO ORDERED.
2 | Dated: February 1, 2012

*/s/ Elizabeth D. Laporte*
Magistrate Judge Elizabeth D. Laporte